IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD T. PHILLIPS, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 03-0058 |
| ) | |
| PROVIDENT LIFE AND ACCIDENT ) | THE HONORABLE GARY L. LANCASTER |
| INSURANCE COMPANY and ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

The parties hereto, by and through their undersigned counsel, have reached an amicable settlement of the above captioned case and hereby move for an order of court dismissing the action above captioned, with prejudice.

Respectfully submitted,

_____
Patrick J. Loughren, Esquire
PA80449
LOUGHREN, LOUGHREN
& LOUGHREN, P.C.
3204 Grant Building
Pittsburgh, PA 15219
Phone: (412) 232-3530
Fax: (412) 232-3535

Attorneys for Plaintiff

_____
William James Rogers, Esquire
PA38990
THOMSON, RHODES & COWIE, P.C.
Two Chatham Center, Tenth Floor
Pittsburgh, PA 15219-3499
Phone: (412) 232-3400
Fax: (412) 232-3498
E-mail: wjr@trc-law.com

Attorneys for Defendants

W:\WJR\13014 Phillips V Provident\Pleadings\Stipulation to Dismiss.doc

SO ORDERED, this 25th day of April, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge